AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Michael Vargas-Cruz | ) | Case No. 22-8000-PGL |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 1, 2022__ in the county of __Suffolk__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(ii) & 21 U.S.C. § 846 | Attempt to possess with intent to distribute 5 kilograms or more of cocaine |

This criminal complaint is based on these facts:

See Affidavit of DEA SA Kyle Montagano.

☑ Continued on the attached sheet.

/s/ Kyle Montagano
*Complainant's signature*

Special Agent Kyle Montagano, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/02/2022

*Judge's signature*

City and state: Boston, MA

Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*