**Criminal Case Cover Sheet**                                              **U.S. District Court - District of Massachusetts**

| | | | |
|---|---|---|---|
| **Place of Offense:** | **Category No.** II | **Investigating Agency** | DEA |
| **City** Boston | **Related Case Information:** | | |
| **County** Suffolk | Superseding Ind./ Inf. _____ | Case No. _____ | |
| | Same Defendant _____ | New Defendant X | |
| | Magistrate Judge Case Number | 22-8000-PGL | |
| | Search Warrant Case Number _____ | | |
| | R 20/R 40 from District of _____ | | |

**Defendant Information:**

| | | | | |
|---|---|---|---|---|
| Defendant Name | Michael Vargas-Cruz | Juvenile: | ☐ Yes | ☑ No |
| | Is this person an attorney and/or a member of any state/federal bar: | | ☐ Yes | ☑ No |
| Alias Name | Michael Cruz Vargas | | | |
| Address | (City & State) Boston, MA | | | |

Birth date (Yr only): 1989   SSN (last4#): 0869   Sex M   Race: White   Nationality: USA

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA   Samuel R. Feldman   Bar Number if applicable   681659

**Interpreter:** ☑ Yes   ☐ No   List language and/or dialect:   Spanish

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested      ☐ Regular Process      ☑ In Custody

**Location Status:**

**Arrest Date** 07/01/2022

☑ Already in Federal Custody as of   07/01/2022   in   Brookline PD .
☐ Already in State Custody at ———   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty ———   ☐ Misdemeanor ———   ☐ Felony ———

Continue on Page 2 for Entry of U.S.C. Citations

☑   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:   07/02/2022        Signature of AUSA:   /s/ Samuel R. Feldman

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Michael Vargas-Cruz

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1), (b)(1) & 21 U.S.C. § 846 | Attempt to possess with intent to distribute 5 kilograms or more of cocaine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____